**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Elie Waknine,<br><br>　　　　　　Defendant. | Case No. 8:21-cv-01398-DOC-DFM<br><br>**JUDGMENT** |

　　　It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the United States of America and against the defendant Elie Waknine for unpaid FBAR penalties and interest in the amount of $2,051,331.33, plus the statutory delinquency penalties and interest that have accrued and continue to accrue by law, until this judgment is fully paid.

IT IS SO ORDERED.

Dated:　November 22, 2021

　　　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　　　Honorable David O. Carter
　　　　　　　　　　　　　　　　　　　　United States District Judge